DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARLIN D. SAMUEL,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D20-354

[September 24, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. CACE-18010129.

Marlin D. Samuel, Inglewood, California, pro se.

Robert R. Edwards of Choice Legal Group, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***